**Dewight BYRD, a/k/a Charles W. Reed, III, Plaintiff–Appellant,**

v.

**Michael STOUFFER, Commissioner of Correction; Gary Maynard, Secretary of DPSCS; John Rowley, Warden; D. Northcraft, Chief of Security; Werner, Lieutenant, In their Individual and Official Capacity, Defendants–Appellees.**

No. 10–7451.

United States Court of Appeals, Fourth Circuit.

Submitted: April 12, 2011.

Decided: April 29, 2011.

Dewight Byrd, Appellant Pro Se. Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewight Byrd appeals the district court's order granting summary judgment in favor of the Appellees on Byrd's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Byrd v. Stouffer*, No. 1:08–cv–02368–CCB, 2010 WL 3928557 (D.Md. Sept. 30, 2010). We also deny Byrd's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*